**Order entered September 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00099-CR

**PATRICK ADGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56945-S**

## ORDER

Appellant's August 25, 2016 motion for suspension of rule of appellate procedure 9.3 to permit him to file only the original of his pro se response to counsel's *Anders* brief is **GRANTED**. Appellant's pro se response has been filed with the Court.

/s/    LANA MYERS
         JUSTICE